**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Specialized Technological Threading, Inc., dba Spec-Tech, Inc., | ) ) ) |
| Plaintiff, | ) **ORDER FOR MID-DISCOVERY** ) **STATUS CONFERENCE** ) |
| v. | ) ) |
| Murex Petroleum Corporation, | ) ) Case No. 1:24-cv-00024 |
| Defendant. | ) ) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 13, 2025, at 10:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 9th day of October, 2024.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court