IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Specialized Technological Threading, Inc., dba Spech-Tech, Inc., | ) ) ) | |
| Plaintiff. | ) ) | **ORDER ADOPTING STIPULATION TO MODIFY DEADLINES** |
| v. | ) ) | |
| Murex Petroleum Corporation, | ) ) | Case No.: 1:24-cv-00024 |
| Defendant. | ) | |

On January 15, 2025, the court held a Mid-Discovery Status Conference, during which the parties were present. (Doc. No. 43). At the time of the hearing, the parties were directed to submit any agreed upon changes to the Scheduling Order to the court via email.

On January 17, 2025, the parties submitted to the court their proposed adjustments. The court is inclined to **ADOPT** the changes as follows:

1) The parties shall have until *August 1, 2025*, to complete fact discovery, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline. The parties shall have until *August 15, 2025*, to file discovery motions.

2) The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs- by *August 1, 2025*

    b. Defendants- by *September 1, 2025*

    c. Rebuttal- by *September 21, 2025*

    (Reports to be served on other parties, but not filed with the court).

3) The parties shall have until *October 15, 2025*, to complete discovery depositions of expert witnesses.

4) The parties shall have until *May 1, 2025*, to move to join additional parties.

5) The parties shall have until *May 1, 2025*, to move to amend pleadings to add claims or defenses.

6) The parties shall have until *May 15, 2025*, to file other non-dispositive motions (e.g. consolidation, bifurcation).

7) The parties shall have until *November 12, 2025*, to file dispositive motions (summary judgment as to all or part of the case).

The court further orders that the Jury Trial scheduled for February 23, 2026, shall be rescheduled to March 23, 2026, at 9:30 AM in Bismarck Courtroom 1 before Judge Traynor (5 days). The Final Pretrial Conference scheduled for February 2, 2026, shall be rescheduled to March 9, 2026, at 10:30 AM via telephone.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court