IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Specialized Technological Threading, Inc. dba Spec-Tech, Inc., ) ) ) Plaintiff, ) ) vs. ) ) Murex Petroleum Corporation, ) ) Defendant. ) | **ORDER**  Case No. 1:24-cv-024 |

On June 20, 2025, Plaintiff filed a motion requesting leave to file the following under seal: portions of its Memorandum in Support of the Motion for Leave to Amend Complaint, the Proposed Amended Complaint, and exhibits that reference or describe documents and information designated "confidential" or "attorney's eyes only" by Defendant pursuant to the Amended Stipulated Protective Order entered on January 24, 2025. (Doc. No. 52).

On September 9, 2025, the court issued an order in which it granted Plaintiff's motion and directed the parties to show cause why the documents filed under seal should remain sealed. (Doc. No. 59).

On September 10, 2025, Plaintiff filed the entirety of its Memorandum in Support of the Motion for Leave to Amend Complaint, proposed Amended Complaint, and supporting documents under seal. (Doc. No. 60). On September 17, 2025, it filed a response to the court's order to show cause. (Doc. No. 61). Explaining that the documents and information for which it sought leave to file under seal were designated (or re-designated) "confidential" or "attorney's eyes only" by Defendant, it takes the position that it is unnecessary that these documents remain sealed as the

1

information they contain is not entitled to confidentiality and not typically filed under seal.

On September 17, 2025, Defendants filed a response to the court's order to show cause. (Doc. No. 62). It requests that the court maintain three documents–Exhibits 28, 30 and 33–under seal. Averring that Exhibit 30 contains sensitive commercial information that could harm its competitive standing in the State's oil and gas industry if disclosed, it has attached a proposed redacted Exhibit 30 to its response. (Doc. No. 62-03). It further avers that Exhibits 28 and 33 contain taxpayer ID, bank account information, and/or privileged communications that should remain redacted. It does not object to unsealing the remaining documents.

Exhibit 33 filed by Plaintiff redacts the Tax ID and Account Numbers of concern to Defendants and shall therefore be unsealed. (Doc. No. 60-31). Exhibit 28 filed by Plaintiff consists of an email string with the subject line "Re: Sheldon Mark Lease Review." (Doc. No. 60-29). The substance of one of the mails in this string dated 7, 2022, is redacted in its entirety. Exhibit 28 shall therefore be unsealed. Exhibit 30 shall remain under seal. (Doc. No. 60-30). As a redacted copy of Exhibit 30 has been filed by Defendant as an attachment to its response to the order to show cause, it need not be re-filed. (Doc. No. 62-3). The remainder of the documents filed under seal by Plaintiff shall be unsealed (Doc. Nos. 60-1 through 60-28, 60-31 and 60-32, and 60-34 through 60-38).

**IT IS SO ORDERED.**

Dated this 26th day of September, 2025.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court