## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Specialized Technological Threading, Inc. dba Spec-Tech, Inc., | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| Murex Petroleum Corporation, | ) ) | Case No.: 1:24-cv-00024 |
| Defendant. | ) | |

On December 8, 2025, the court convened for a status conference to address four issues. This included (1) the status of Specialized Technological Threading, Inc.'s ("Spec-Tech") *Motion to Amend Amended Complaint* (Doc. No. 53); (2) potential extension of time for Spec-Tech to respond to Murex Petroleum Corporation's ("Murex") *Motion for Summary Judgment* (Doc. No. 64), and for Murex to reply; (3) the filing of exhibits designated as Confidential or Confidential-Attorney's Eyes Only; and (4) to schedule an argument on the *Motion for Summary Judgment*.

For the reasons articulated during the status conference, Spec-Tech shall have until December 18, 2025, to respond to Murex's *Motion for Summary Judgment*. Murex shall have until January 9, 2026, to file its reply. Turning to the issue of information designated as Confidential or Confidential- Attorney's Eyes Only, the parties shall be permitted to file under seal information agreed upon pursuant to the parties' protective order, with the understanding that the documents may be unsealed at a later date and time. As to scheduling an argument on the pending *Motion for Summary Judgment*, the parties are directed to contact Judge Traynor's chambers to arrange a potential date for hearing, at chambers' discretion. Finally, the Court shall address the pending *Motion to Amend Amended Complaint* in a separate order.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court
